IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:     TIMOTHY WOOLEMS                              CASE NO. 4:08-14978
           DEBTOR(S)                                     CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor(s) by and through his attorney, Kent Pray, and for his Modification of Chapter 13 Plan state(s):

1. Payments shall be made in the sum of $100.00 monthly. The debtor is paid monthly. This modification decreases the effect of the amount of the plan payment. (Schedules I & J are attached)

    The Plan "Base" is $18,529.00.

2. The plan length from the date of filing shall be 36 months. This modification decreases the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. The following changes are to be made to each creditor as set out below:

| **Creditor** | **Change in treatment/classification** |
|---|---|
| US Bank Home Mortgage | The property securing the claim has been destroyed in a tornado and the creditor has been paid from insurance proceeds. The trustee shall make no further payments on the secured claim. Creditor shall be allowed an unsecured claim for any remaining deficiency. |

| | |
|---|---|
| Capital One Auto Finance | The property securing the claim has been destroyed in a tornado and the creditor has been paid from insurance proceeds. The trustee shall make no further payments on the secured claim. Creditor shall be allowed an unsecured claim for any remaining deficiency. |

5. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6. All other provisions as set forth in the last confirmed plan shall remain the same.

7. Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date: August 13, 2010

                                                        Respectfully Submitted

\s\ John Jackson
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

INTHE UNITED STATES BANKRUPTCY COURT

EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:     TIMOTHY WOOLEMS            CASE NO.  4:08-14978
           DEBTOR(S)                          CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT
## TO AMENDED PLAN

      You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1329 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-one (21) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Mark T. McCarty, Trustee, P.O. Box 5006, North Little Rock, AR 72119.

      If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

                                                 Kent Pray, Bar No. 91228
                                                Christian W. Frank, Bar No. 01219
                                                John O. Jackson, Bar No. 2002213
                                                Attorneys for Debtor(s)
                                                PRAY LAW FIRM, P.A.
                                                P. O. Box 94224
                                                N. Little Rock, AR  72190
                                                (501) 771-7733

                                                \s\ John Jackson
                                                _____

                                                Date:  August 13, 2010

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119

Timothy Woolems
520 Reeder Rd
Little Rock, AR 72206

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

and to all creditors whose names and addresses are set forth below:

US Bank Home Mortgage
P. O. Box 20005
Owensboro KY 42304-0000

Capital One Auto
3901 Dallas Parkway
Plano TX 75093-0000

Dated:  August 13, 2010

\s\ John Jackson
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733